# EXHIBIT J

# ACTUAL CONFUSION

# Theodore Jaffrey



# EXHIBIT J

# ACTUAL CONFUSION

# Moses Khuu



EXHIBIT J

ACTUAL CONFUSION

Dale Waters – Industry Associate

