UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00011-DFM | Date: | January 15, 2026 |
| Title | Miramar Brands Group, Inc. v. Rag & Bone Holdings, LLC | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) STANDING ORDER FOR MJDAP CASES** |

This action has been assigned to the Civil Consent Calendar of Magistrate Judge Douglas F. McCormick through the Magistrate Judges Direct Assignment Program ("MJDAP").

The following procedures govern civil proceedings assigned to this Court by the full consent of the parties pursuant to 28 U.S.C. § 636(c)(1).

1. Proof of Service of MJDAP documents. In cases assigned under MJDAP, the initiating party must service the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent Form ("Notice and Consent Form") on each party at the time of service of the summons and complaint or other initial pleading. See Local Rule 73-2.1. "In any case in which only a magistrate judge is initially assigned, plaintiff must file a proof of service within 10 days of service of the summons and complaint." Local Rule 73-2.2. Proof of service of the Notice of Consent Form must be filed even if a waiver of service has been obtained.

2. Discovery motions. All discovery disputes must first be presented to the Court through its Informal Discovery Conference procedure, as set forth in the Court's Local Procedures on the District Court website. The Court may thereafter direct the filing of formal discovery motions.

This Standing Order is automatically vacated if any party declines to consent. Declining consent carries no adverse substantive consequences.