CLEAR FORM

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
David Halberstadter
Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
Tel: (310) 788-4408
david.halberstadter@katten.com

ATTORNEY(S) FOR: Defendant Rag & Bone Holdings, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Miramar Brands Group, Inc.

Plaintiff(s),

v.

Rag & Bone Holdings, LLC

Defendant(s)

CASE NUMBER:

8:26-cv-00011-DFM

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Rag & Bone Holdings, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Guess?, Inc. | Member (ownership interest) |
| WHP Global | Member (ownership interest) |

04-29-26
Date

David Halberstadter
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Rag & Bone Holdings, LLC