**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Miramar Brands Group, Inc.

Plaintiff,

v.

Rag & Bone Holdings, LLC

Defendant.

Case No. 8:26-cv-00011-MRA-BFM

Hon. Mónica Ramírez Almadani

**ORDER GRANTING FIRST STIPULATION REGARDING EXTENDED BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO STAY AND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT**

## ORDER

The Court has reviewed the First Stipulation Regarding Extended Briefing Deadlines for Defendant's Motion to Stay and Defendant's Deadline to Respond to the Complaint submitted by Plaintiff Miramar Brands Group, Inc. ("MBG") and Defendant Rag & Bone Holdings, LLC ("Rag & Bone").

Good cause appearing therefor, the Court ORDERS as follows:

1. MBG's deadline to oppose Rag & Bone's Motion to Stay Further Proceedings is June 30, 2026;
2. Rag & Bone's deadline to reply to MBG's opposition to the Motion to Stay Further Proceedings is July 10, 2026;
3. If the Motion to Stay Further Proceedings is denied, Rag & Bone's deadline to respond to the Complaint shall be thirty (30) days from the date of the Court's decision; and
4. If the Motion to Stay Further Proceedings is granted, Rag & Bone's deadline to respond to the Complaint is thirty (30) days from the date any stay is lifted.

**IT IS SO ORDERED.**

Dated: June 1, 2026

Hon. Mónica Ramírez Almadani
United States District Judge