**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Miramar Brands Group, Inc.,

Plaintiff,

v.

Rag & Bone Holdings, LLC, Guess?, Inc., WHP Global, LLC, Bloomingdale's, LLC, Nordstrom, Inc., Evereve, Inc., Revolve Group, Inc., URBN US Retail, LLC, BOP LLC, Rue Gilt Groupe, Inc.,

Defendants.

Case No.8:26-cv-00011-MRA-BFMx

Hon. Mónica Ramírez Almadani

**ORDER GRANTING DEFENDANT RAG & BONE HOLDINGS, LLC'S REQUEST FOR REMOTE APPEARANCE OF KRISTIN J. ACHTERHOF AT HEARINGS SET ON JULY 28, 2026 [29]**

# ORDER

The Court has reviewed Defendant Rag & Bone Holdings, LLC's ("Rag & Bone") Request for the Remote Appearance of Kristin J. Achterhof at the Hearings Set on July 28, 2026, and the Declaration of Kristin J. Achterhof filed therewith. The Court has also reviewed Plaintiff Miramar Brands Group, Inc.'s Opposition to the Request.

Good cause appearing in Defendant's Request and Declaration, the Court GRANTS the request and ORDERS as follows:

1. Kristin J. Achterhof, counsel for Rag & Bone, is permitted to appear remotely at the hearings on Rag & Bone's Motion to Stay Proceedings and Defendant Miramar Brands Group, Inc.'s Motion for Preliminary Injunction, set on July 28, 2026, via Zoom.

2. All other counsel of record wishing to appear shall do so in-person consistent with the Court's Individual Procedures.

**It Is So Ordered.**

Dated: July 6, 2026

Hon. Mónica Ramírez Almadani
United States District Judge